IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

LAURIE KLOCK,

                Plaintiff,

v.                                               OPINION and ORDER

FRANK BISIGNANO,                               23-cv-40-jdp
Commissioner of the Social Security Administration,

                Defendant.[1]

---

Stephen M. Sloan, counsel for plaintiff Laurie J. Klock, moves under 42 U.S.C. § 406(b) for a fee award of $15,881.93 after Klock was awarded $63,527.72 in past-due benefits. Dkt. 18. The Social Security Administration's letter to Klock does not provide her total past-due benefits award. Dkt. 18-1. But the letter states that $15,881.93 is 25 percent of the past-due benefits, Dkt. 18-1, at 4, and the commissioner does not challenge Sloan's assertion that Klock's total award of benefits was $63,527.72, Dkt. 19, so the court has no reason to doubt that that was Klock's past-due benefits award. Counsel's requested fee does not exceed 25 percent of Klock's past-due benefits, so it falls within the amount allowed by statute and the parties' fee agreement. Dkt. 18-2. Counsel was previously awarded a total of $5,520.78 in fees under Equal Access to Justice Act (EAJA) in an appeal before this court. Dkt. 17. Counsel asks the court to allow him to retain the EAJA award and award an additional amount of $10,361.15, the difference between the total requested fee award and the EAJA award that he already received.

---

[1] The court has amended the caption to reflect Bisignano's appointment as Commissioner. *See* Fed. R. Civ. P. 25(d).

The commissioner doesn't take a position on the reasonableness of Klock counsel's requested fee or on counsel's request that counsel retain the EAJA award and receive the net award from past-due benefits. Dkt. 19. But the commissioner asks the court to distinguish between the full amount determined as reasonable under section 406(b) and the net amount awarded for payment purpose. Dkt. 19, at 2–3.

The total amount of time that counsel's firm spent on this case for proceedings in this court was 24.5 hours, which works out to an equivalent of an hourly rate of $648.24 per hour. Dkt. 18; Dkt. 18-4. That rate is within the bounds of what is reasonable in light of counsel's risk of non-recovery, the work he performed, the results he obtained, and the amounts awarded in similar cases.

The court will grant counsel's motion and approve fees in the total amount of $15,881.93. For efficiency, the court will subtract the $5,520.78 fee that counsel received under the Equal Access to Justice Act, which would otherwise have to be refunded to Klock. The net amount that should be dispersed to counsel from Klock's past-due benefits is $10,361.15.

ORDER

IT IS ORDERED that Stephen Sloan's motion for attorney fees under 42 U.S.C. § 406(b), Dkt. 18, is GRANTED. The court approves a representative fee of $10,361.15.

Entered July 10, 2025.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge